THE PEOPLE v. ARTHUR MACHEN ET AL.

*Criminal law—Attempt to commit larceny—Evidence.*

In this case the evidence is held to have been insufficient to warrant a conviction.

Error to recorder's court of Detroit. (Swift, J.) Argued October 17, 1888. Decided November 28, 1888.

Respondents were convicted of attempting to steal from an office in the day-time. Reversed and prisoners discharged. The facts are stated in the opinion.

*George A. Chase,* for respondents.

*Moses Taggart,* Attorney General, for the people.

SHERWOOD, C. J. The defendants in this case were tried and convicted in the recorder's court in the city of Detroit, of the crime of attempting to steal property from the lumber-office of Heck, Hemel & Eckhardt, in said city, in the day-time. The conviction was had under section 9423, How. Stat.

Upon the hearing in this Court the Attorney General conceded there was error in the record. An inspection of the record shows there was no sufficient evidence given upon the trial upon which a conviction can be sustained, and the judgment must be reversed, and the prisoners discharged.

The other Justices concurred.